IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOHN A. KING,

          Plaintiff,

v.                                      CIVIL ACTION NO.  2:04-cv-01046

DAILY GAZETTE COMPANY, et al.,

          Defendants.

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order **DISMISSING** this action for the Plaintiff's failures to appear for his deposition and to prosecute and **DENYING** as **MOOT** the defendants' motions to dismiss, the Court **ORDERS** that judgment be entered in favor of the defendants and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                                      ENTER:      May 27, 2005

                                      JOSEPH R. GOODWIN
                                      UNITED STATES DISTRICT JUDGE